# First District Court of Appeal
## State of Florida

_____

No. 1D19-1571
_____

ANGIE MONTILVA, LUIS JOSE
MONTILVA (Deceased Employee),

    Appellants,

    v.

GMMI, INC. and ZENITH
INSURANCE COMPANY,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Michael J. Ring, Judge.

Date of Accident: July 15, 2016.

October 15, 2019

PER CURIAM.

    AFFIRMED.

WOLF, B.L. THOMAS, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Bill McCabe of William J. McCabe, P.A., Longwood; and Richard J. Dolan, II, of Velasquez Dolan Arias, P.A., Plantation, for Appellants.

Marissa M. Hoffman of The Zenith Insurance Company, Sarasota, for Appellees.